IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN CHARLEVOIX and MARILYN CHARLEVOIX, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 15-726-SLR-SRF ) |
| CBS CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 19th day of January, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on December 30, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 202) is adopted.

2. Defendants CBS Corporation (D.I. 146), The Goodyear Tire & Rubber Company (D.I. 152), FMC Corporation (D.I. 156) and Ingersoll Rand Company (D.I. 166) motions for summary judgment are granted.

_____
United States District Judge