IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN CHARLEVOIX and MARILYN CHARLEVOIX, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 15-726-SLR-SRF |
| CATERPILLAR, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 8th day of March, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 16, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1.  Magistrate Judge Fallon's Report and Recommendation (D.I. 218) is adopted.

2.  Defendants John Crane, Inc. (D.I. 144) and Fiat Allis North America (D.I. 162) motions for summary judgment are granted.

_____
Senior United States District Judge