IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN CHARLEVOIX, et al. | : | CIVIL ACTION |
| | : | NO. 15-726 |
| v. | : | |
| | : | |
| CBS CORPORATION, et al. | : | |

# O R D E R

**AND NOW**, this **26th** day of **September, 2017,** after review of the August 31, 2017 Report and Recommendation filed by Magistrate Judge Sherry R. Fallon (ECF No. 223)[1], as well as the underlying motions, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. in that there are no genuine disputes as to any material facts, the following motions for summary judgment are **GRANTED**:

   a. Caterpillar, Inc. (ECF No. 154);

   b. VIAD Corporation (ECF No. 158;

   c. Warren Pumps, LLC (ECF No. 164);

   d. Crane Co. (ECF No. 150); and

   e. Ford Motor Company (ECF No. 160).

**AND IT IS SO ORDERED.**

*/S/ EDUARDO C. ROBRENO*
**EDUARDO C. ROBRENO,   J.**

---

[1]  No party filed objections to the Report and Recommendation. See Henderson v. Carlson, 812 F.2d 874, 878–79 (3d Cir. 1987) ("[T]he failure of a party to object to a magistrate's legal conclusions may result in the loss of the right to de novo review in the district court.").